# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MILTON W. NOBLES,  )<br>        Plaintiff,  )<br>  )<br>  )<br>   v.  )<br>  )<br>  )<br>STATE OF NORTH CAROLINA, DOROTHEA  )<br>DIX HOSPITAL, PAMELA GORDON, DIANA  )<br>YOUNGER, RHONDA WHITAKER, BETTY  )<br>PAESLER,  )<br>        Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:07-CV-381-F2 |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss is ALLOWED, and the Amended Complaint is DISMISSED.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 12, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Milton W. Nobles<br>1108 Amber Acres Lane<br>Knightdale, NC 27545 | Dorothy A. Powers<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |

| | |
|---|---|
| May 12, 2008<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Enyart<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |